**Nilofer PERVEZ, Plaintiff–Appellant,**

v.

**Gordon R. ENGLAND, Secretary of the Department of the Navy, Defendant–Appellee.**

No. 05–50162.
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided July 13, 2005.

James Ashley Endicott, Jr., Endicott Law Offices, Harker Heights, TX, for Plaintiff–Appellant.

Daniel M. Castillo, Us Attorney's Office Western District of Texas, Austin, TX, for Defendant–Appellee.

Before WIENER, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Nilofer Pervez, a 46–year old female whose national origin is

---

Pakastani, appeals from the district court's grant of the Defendant's motion for summary judgment dismissing Perez's action in which she claimed age, sex, race, and national origin discrimination and retaliation in her employment. We have carefully reviewed the parties' appellate briefs and the record in this case, and we are satisfied that the district court correctly granted summary judgment to Defendant–Appellee Gordon R. England, Secretary of the Department of the Navy, dismissing Pervez's claims and ordering that she take nothing.

Essentially for the reasons set forth in the district court's comprehensive Order filed November 15, 2004, that court's grant of summary judgment is, in all respects, AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under